# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                        NO. 4:16CR00049-6 KGB

WILLIAM EUGENE JACKSON                                DEFENDANT

## ORDER

      Pending before the Court is a motion for issuance of a summons and revocation of pretrial release (*d.e. #135*).  For good cause shown, the motion for issuance of a summons in GRANTED.  The Clerk is directed to issue a summons to Defendant William Eugene Jackson for appearance at a hearing before United States Magistrate Judge J. Thomas Ray on May 13, 2016, at 1:30 p.m. to show cause why his pretrial release should not be revoked.

      IT IS SO ORDERED this 10th day of May, 2016.

                                                   /s/ J. Thomas Ray
                                                   UNITED STATES MAGISTRATE JUDGE